

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Karamjit Sidhu,

    Defendant.
_____/

Case:2:21-cr-20068
Judge: Borman, Paul D.
MJ: Patti, Anthony P.
Filed: 02-03-2021 At 01:42 PM
INDI USA V KARAMJIT SIDHU (LG)

21 U.S.C. § 841(a)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute a Controlled Substance

D-1 Karamjit Sidhu-

On or about September 19, 2020, in the Eastern District of Michigan, and elsewhere, defendant, Karamjit Sidhu, did knowingly and unlawfully possess with the intent to distribute a controlled substance, to wit: a quantity of Cocaine, a Schedule II Controlled Substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## **FORFEITURE ALLEGATION**

1. Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set for in this Indictment.

2. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

JULIE BECK
Chief, Drug Task Force

*s/Robert J. White*
ROBERT J. WHITE
Assistant United States Attorney

Dated: February 3, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:21-cr-20068<br>Judge: Borman, Paul D.<br>MJ: Patti, Anthony P.<br>Filed: 02-03-2021 At 01:42 PM<br>INDI USA V KARAMJIT SIDHU (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accu

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | 18-cr-20652 – Hon. Gerswhin A. Drain |
| Yes.  Can provide more detail if necessary. | AUSA's Initials: _____ |

**Case Title:** USA v. Karamjit Sidhu

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- based upon prior complaint [**Case number:** 20-mj-30394]

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

February 3, 2021
Date

Robert J. White
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Robert.White@usdoj.gov
(313) 226-9620
Bar #: IL 6304282

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.